# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky
Louisville Division

| | | |
|---|---|---|
| Stephanie M. Slone<br>*Plaintiff*<br><br>v.<br><br>Cavalry SPV I, LLC<br>*Defendant*<br>Serve:<br>   CT Corporation System<br>   306 West Main Street, Suite 512<br>   Frankfort, KY 40601<br><br>Javitch Block, LLC<br>*Defendant*<br>Serve:<br>   Registered Agent Solutions, Inc.<br>   828 Lane Allen Road, Suite 219<br>   Lexington, KY 40504 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   3:23CV-111-RGJ |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is an action against Defendants Cavalry SPV I, LLC' and Javitch Block, LLC for their seperate violations of the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. §1692 *et seq.,* which prohibits debt collectors from engaging in abusive, deceptive and unfair collection practices.

### JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the FDCPA, 15 U.S.C. §1692k(d).

3. Venue is proper because the nucleus of relevant facts and events that affected and/or damaged Ms. Slone occurred within Jefferson County, Kentucky which is located within this District.

## PARTIES

4. Plaintiff Stephanie M. Slone is a natural person who resides in Jefferson County, Kentucky and a "consumer" within the meaning of the FDCPA as defined at 15 U.S.C. §1692a(3).

5. Defendant Javitch Block, LLC ("Javitch Block") is an Ohio debt collection law firm engaged in the business of collecting debts on behalf of others such as Cavalry SPV I, LLC. Javitch Block's principal place of business is located at 1100 Superior Ave, 19th Floor, Cleveland, OH 44114.

6. Javitch Block regularly collects or attempts to collect debts owed or due or asserted to be owed or due another. Javitch Block's principal business purpose is the collection of debt. Javitch Block is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. §1692a(6).

7. Defendant, Cavalry SPV I, LLC ("Cavalry"), is a foreign limited liability company registered with the Kentucky Secretary of State which is engaged in the business of purchasing debt from creditors and collecting these debts from consumers in this state. Cavalry's principal place of business is located at 1 American Lane, Suite 220, Greenwich, CT 06831.

8. Cavalry regularly collects or attempts to collect debts owed or due or asserted to be owed or due another and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

## RELEVANT FACTS

9. In October 2014, Plaintiff Stephanie Slone applied for and received a credit card issued by Citibank, N.A. ("Citibank").

10. Ms. Slone used her Citibank credit card account solely for personal, family, and/or household purposes, which makes the Citibank credit card account a "debt" within the meaning of the FDCPA.

11. Ms. Slone made her last payment on her Citibank credit card account on February 28, 2017.

12. Ms. Slone did not make any payments on the Citibank credit card account after February 28, 2017.

13. On October 16, 2017, Citibank charged off Ms. Slone's credit card account and accelerated the debt, declaring the full charged-off amount due and owing.

14. After charging off Ms. Slone's credit card account, Citibank allegedly sold her account as part of a tranche of charged-off accounts to Defendant Cavalry SPV I, LLC ("Cavalry").

15. On May 11, 2022, Defendant Javitch Block, LLC, as legal counsel for Cavalry, filed a collection lawsuit against Ms. Slone in the Jefferson Circuit Court of Jefferson County, Kentucky (the "Cavalry Complaint").

16. Ms. Slone contacted a family friend and lawyer for help after receiving service of the Cavalry Complaint.

17. Ms. Slone's family friend contacted Javitch Block and requested verification and validation of the Citibank debt at the basis of the allegations of the Cavalry Complaint.

18. On February 23, 2023, Javitch Block sent account statements that conclusively show that the last payment Ms. Slone made on her Citibank credit card account was a payment of $300.00 made on February 28, 2017. True and accurate copies of Javitch Block's February 23, 2023 letter and attached documents are filed as "Exhibit A."

19. Javitch Block's February 23, 2023 letter falsely represented that the last payment on the Citibank account was made on October 27, 2017.

20. On June 17, 2022, undersigned counsel filed an answer to the Cavalry Complaint on Ms. Slone's behalf.

21. On July 5, 2022, Ms. Slone by counsel moved for judgment on the pleadings on grounds that the Cavalry Complaint was filed past the applicable five-year statute of limitations.

22. On July 27, 2022, Javitch Block on Cavalry's behalf filed a response to Ms. Slone's motion for judgment on the pleadings.

23. In its response, Cavalry argued in relevant part:

> Plaintiff's records show the last payment being made on October 27, 2017. Thus, the statute of limitation did not run until October 27, 2022. This case was filed on May 11, 2022, within the statute.

A true and accurate copy of Cavalry's July 27, 2022 response to Ms. Slone's motion for judgment on the pleadings is filed as "Exhibit B".

24. Cavalry *did not attach any* documents or affidavits in support of its claim that the last payment on Ms. Slone's Citibank credit card account was made on October 27, 2017. The

documents attached by Javitch Block to its February 23, 2023 letter directly contradict its claim that the last payment was made on October 27, 2017.

25. Cavalry and Javitch Block violated the FDCPA by suing Ms. Slone on a time barred debt and falsely misrepresenting the last payment date on the debt in both the response to Ms. Slone's motion for judgment on the pleadings and in the February 23, 2022 letter to Ms. Slone's family friend and attorney, which violations each created a material risk of harm to the interests recognized by Congress in enacting the FDCPA.

## CLAIMS FOR RELIEF

**I.   Claims against Cavalry SPV I, LLC**

26. The foregoing acts and omissions of Defendant Cavalry SPV I, LLC ("Cavalry") constitute separate violations by each of them of the FDCPA, which violations each created a material risk of harm to the interests recognized by Congress in enacting the FDCPA. Cavalry's violations of the FDCPA include but are not limited to the following:

   **i.**   Violation by Cavalry SPV of 15 U.S.C. §1692e, §1692f, and one or more subsections of each statute by suing Ms. Slone on a time barred debt.

   **ii.**  Violation by Cavalry SPV of 15 U.S.C. §1692e(A)(2) by misrepresenting the legal status of the Citibank credit card debt in in both the response to Ms. Slone's motion for judgment on the pleadings and in the February 23, 2023 letter to Ms. Slone's family friend and attorney.

**II.  Claims against Javitch Block, LLC**

27. The foregoing acts and omissions of Defendant Javitch Block, LLC ("Javitch Block") constitute violations of the FDCPA, which violations each created a material risk of harm to the interests recognized by Congress in enacting the FDCPA. Javitch Block's violations of the FDCPA include but are not limited to the following:

   **i.**   Violation by Javitch Block of 15 U.S.C. §1692e, §1692f, and one or more subsections of each statute by suing Ms. Slone on a time barred debt.

   **ii.**  Violation by Javitch Block of 15 U.S.C. §1692e(A)(2) by misrepresenting the legal status of the Citibank credit card debt in in both the response to Ms. Slone's motion for judgment on the pleadings and in the February 23, 2023 letter to Ms. Slone's family friend and attorney.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Stephanie Slone requests that the Court grant her relief as follows:

1. Award Plaintiff the maximum statutory damages of $1,000.00 against each Defendant pursuant to 15 U.S.C. §1692k for each Defendant's violations of the FDCPA;

2. Award Plaintiff her actual damages against each of the Defendants jointly and/or severally;

3. Award Plaintiff her attorney's fees, litigation expenses and costs in prosecuting this action as provided by the FDCPA under 15 U.S.C. §1692k;

4. A trial by jury; and

5. Such other relief as may be just and proper.

Submitted by:

/s/ James R. McKenzie
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:   (502) 371-2179
Fax:   (502) 257-7309
jmckenzie@jmckenzielaw.com

James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@lawsonatlaw.com