**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Stephanie M. Slone )<br>    *Plaintiff* )<br>  )<br>v.  )      Case No.  3:23-cv-00111-RGJ<br>  )<br>Cavalry SPV I, LLC *et al.*  )<br>    *Defendants* )<br>_____ ) | |

### NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Stephanie M. Slone, has reached a settlement with Defendants Cavalry SPV I, LLC and Javitch Block, LLC. Once the settlement is final, Plaintiff will file a notice of voluntary dismissal with prejudice as to all claims asserted herein against Defendants.

Respectfully submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Stephanie M. Slone*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Stephanie M. Slone*

## **CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 29th day of March, 2023, which will send a Notice of Electronic Filing to all counsel of record.

                                /s/ James H. Lawson
                                James H. Lawson
                                *Counsel for Plaintiff*
                                *Stephanie M. Slone*